LAW OFFICES
BRIAN J. NEARY
21 Main Street
Court Plaza South – East Wing
Hackensack, NJ 07601
(201) 488-0544
Attorney for Defendant James Ferrer

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM NO. 19-845 |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| JAMES FERRER, | : | |
| Defendant. | : | |

THIS MATTER having been brought before the Court on application of Brian J. Neary, Esq., counsel for the Defendant, James Ferrer, to modify the conditions of pretrial supervision to permit the defendant, James Ferrer to travel from his home in East Rutherford, New Jersey to St. Thomas, US Virgin Islands on Saturday, July 17, 2021 through Sunday, July 25, 2021;

AND with US Pretrial Services (Kathleen Cullen, appearing) consenting and the United States (George Brandley, AUSA appearing) taking no position on this request; and for good cause shown;

IT IS ON THIS __1st__ day of July 2021,

ORDERED that the defendant, James Ferrer, be permitted to travel from his home in East Rutherford, New Jersey to St. Thomas, US Virgin Islands on Saturday, July, 17, 2021 through Sunday, July 25, 2021;

IT IS FURTHER ORDERED, that the defendant, James Ferrer, adhere to the conditions set forth by Pretrial Services as they deem appropriate.

_____
HONORABLE ESTHER SALAS
UNITED STATES DISTRICT JUDGE

Dated: July 1, 2021